No. 844. ROBERT JACOB, INC., *v.* GUNNARSON, ADMINISTRATRIX, ET AL. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

Circuit denied. *Mr. George S. Brengle* for petitioner. *Mr. Forrest E. Single* for respondents. 